IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )          8:08CR347
                             )
     v.                      )
                             )
DICODERMO MORALES,           )          ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue hearing on change of plea (Filing No. 21). The Court notes defendant will file a written waiver of speedy trial. Accordingly,

IT IS ORDERED that the motion is granted subject to the filing of a written waiver of speedy trial. The Rule 11 hearing is rescheduled for:

**Tuesday, January 27, 2009, at 8:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. To give the parties time to explore plea negotiations and because of the schedule of counsel, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between December 19, 2008, and January 27, 2009, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 19th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court